UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| HILARIO GONZALES-BALDERAS, SR., | ) | |
| | ) | CIVIL ACTION NO. |
| Petitioner, | ) | |
| | ) | 3:12-CV-4350-G (BF) |
| VS. | ) | |
| | ) | CRIMINAL ACTION NO. |
| UNITED STATES OF AMERICA, | ) | |
| | ) | 3:90-CR-034(06)-G |
| Respondent. | ) | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. Petitioner filed objections, and the district court has made a *de novo* review of those portions of the proposed findings and recommendation to which objection was made. The objections are overruled, and the court **ACCEPTS** the findings, conclusions and recommendation of the United States Magistrate Judge.

It is therefore **ORDERED** that the motion for relief from judgment under FED. R. CIV. P. 60(b) is construed as a successive habeas petition under 28 U.S.C. § 2255, and the petition is **TRANSFERRED** to the **United States Court of Appeals for the**

**Fifth Circuit**. *See* 28 U.S.C. § 2244(b)(3); 28 U.S.C. § 1631.[*] The clerk's office is **DIRECTED** to **OPEN** a new civil action, nature of suit 510, with direct assignment to District Judge A. Joe Fish and Magistrate Judge Stickney, and terminate the motion in this case.

  **SO ORDERED**.

December 21, 2017.

               _____
               **A. JOE FISH**
               **Senior United States District Judge**

---

[*] An order transferring a successive application to the court of appeals is not a final order requiring a certificate of appealability. See *United States v. Fulton*, 780 F.3d 683, 688 (5th Cir. 2015).